IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPINGS DIVISION, ARKANSAS

DOROTHY J. WELCH                                            PLAINTIFF

VS.                          CIVIL ACTION NO.: 6:06CV06068

FRED'S, INC.                                                DEFENDANT

## JUDGMENT OF DISMISSAL

The Defendant moves for dismissal of this civil action. The Plaintiff is not opposed. It is therefore ordered and adjudged that any and all claims brought, or which may have been brought relating to this accident which is the subject of this civil action are hereby dismissed, on the merits, with prejudice, and Defendant is released in all respects with each Party to bear their own attorney's fees and costs.

SO ORDERED, this 21 day of December, 2007.

_____
U.S. DISTRICT COURT JUDGE

Submitted by:

s/ Richard D. Underwood
Richard D. Underwood (ARB# 2006137)
Attorney for Defendant

Exhibit "A"

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 2 1 2007

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK